# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EDWARD BYRD, | Case No. EDCV 16-01670-AG (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 30, 20178

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE